UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 19-CV-80235-DMM

CAESAR BACARELLA,
    Plaintiff,
v.

JOSE C. ARANDA and JOSE C. ARANDA
d/b/a HUSTLE AESTHETICS,

    Defendants.
_____/

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The Plaintiff, CAESAR BACARELLA, and the Defendants, JOSE C. ARANDA and JOSE C. ARANDA d/b/a HUSTLE AESTHETICS, by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Paragraph 8 of the Parties' Settlement Agreement, file this JOINT STIPULATION OF DISMISSAL WITH PREJUDICE, that the above cause, having been amicably resolved, be dismissed with prejudice as to all claims between all parties, with each party to bear their own costs and attorneys' fees in this matter. The parties have entered into a settlement agreement.

Date: August 14, 2019

 Respectfully submitted,

| | |
|---|---|
| */s/ Justin B. Levine* | */s/ Darren Heitner* |
| **Cole, Scott & Kissane** | **Heitner Legal, PLLC** |
| Justin B. Levine, Esq. | Darren Heitner, Esq. |
| Lizza C. Constantine, Esq. | 215 Hendricks Isle |
| 222 Lakeview Avenue, Suite 120 | Ft. Lauderdale, FL 33301 |
| West Palm Beach, FL 33401 | Email: Darren@heitnerlegal.com |
| Email: justin.levine@csklegal.com | Email: Alan@heitnerlegal.com |
| Email:lizza.constantine@csklegal.com | Telephone: 954-558-6999 |
| Telephone: 561-612-3476 | *Attorneys for Defendants* |
| *Attorneys for Plaintiff* | |

CASE NO.: 19-CV-80235-DMM

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 14, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

**COLE, SCOTT & KISSANE, P.A.**
*Counsel for Plaintiff*
Esperante Building
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401
Telephone (561) 612-3459
Facsimile (561) 683-8977
Primary e-mail:  justin.levine@csklegal.com
  lizza.constantine@csklegal.com

By:  s/ Justin B. Levine
  JUSTIN B. LEVINE
  FBN: 106463
  LIZZA C. CONSTANTINE
  Florida Bar No.: 1002945